27 F.3d 568
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
UNITED STATES of America, Plaintiff-Appellee,
v.
Edward W. LONEY, Defendant-Appellant.
 No. 93-4000.
 United States Court of Appeals, Federal Circuit.
 June 17, 1994.
 
 1
 Before: MILBURN and NELSON, Circuit Judges; and COOK, Chief District Judge.*
 
 ORDER
 
 2
 This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,
 
 
 3
 The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.
 
 
 
 *
 The Honorable Julian A. Cook, Jr., United States Chief District Judge for the Eastern District of Michigan, sitting by designation